■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. PLUME, Also Known as WILLIAM J. AGUIRRE, Also Known as WILLIAM J. AQUIRE, Appellant. [959 NYS2d 86]—Appeal from a resentence of the Cattaraugus County Court (Larry M. Himelein, J.), rendered August 9, 2011. Defendant was resen-

tenced upon his conviction of burglary in the first degree (two counts), assault in the first degree (two counts) and assault in the second degree (two counts).

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.